**1208**

Thomas W. BROWN, Respondent,

v.

DUGGAN & MARCON, INC., Petitioner.

Supreme Court of Pennsylvania.

April 1, 1998.

Paul A. Nappi, Paoli, for petitioner.

### ORDER

PER CURIAM.

AND NOW, this 1st day of April, 1998, the Petition for Allowance of Appeal is GRANTED limited to what constitutes a "regular place of business or activity" and who qualifies as the "person for the time being in charge" pursuant to Pa. R.C.P. 424(2). This case is to be orally argued.

FRANK M. HALL, JR., Appellant,

v.

Betty K. COURTNEY, individually, and as Administratrix of the Estate of Richard P. Courtney, deceased, Robert David Cornman, Tammy L. Cornman and Commonwealth of Pennsylvania, Department of Transportation.

Supreme Court of Pennsylvania.

Argued March 10, 1998.
Decided April 3, 1998.

Robert Goldman, for Frank M. Hall, Jr.

Warren Siegfried, Pittsburgh, for Betty K. Courtney.

Leo M. Stepanion, for Robert and Tammy Cornman.

Brian Baxter, Pittsburgh, for Dept. of Transp.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.